UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. 8:24-cv-02247-FWS-KES                                    Date: October 1, 2025
Title: Anthony Dominguez v. Costco Wholesale Corporation *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Damian Velazquez for Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                                          Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER [26]**

On September 2, 2025, the court issued a minute order which ordered Plaintiff Anthony Dominguez "to file a statement by September 30, 2025, confirming to the court that he wishes to continue prosecuting this case, either *pro se* or through an attorney other than Counsel." (Dkt. 26 at 3.) The court also stated that "Plaintiff's failure to file such a statement or seek other appropriate relief on or before September 30, 2025, will result in dismissal of this case for failure to prosecute and/or comply with a court order." (*Id.*) Plaintiff failed to respond to the court's Order. (*See generally* Dkt.) Accordingly, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with the court's Order. The court **ORDERS** all proceedings in the case **VACATED** and **TAKEN OFF CALENDAR**.